GERARD M. DOUGHERTY, ESQ., CSB #117916
**DOUGHERTY LAW FIRM, APC**
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone:     (805) 494-9038
Facsimile:      (805) 497-0084

*Attorneys for* Defendants,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company<br><br>Plaintiff(s),<br><br>v.<br><br>STREAMLINE INTEGRATION, a California corporation; BRIAN THOMAS ARMSTRONG, an individual,<br><br>Defendant(s). | CASE NO.: 2:21-cv-09531<br><br>**DEFENDANTS' INITIAL DISCLOSURES**<br>**[Fed. R. Civ. Pro. 26(a)]** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Defendants, STREAMLINE INTEGRATION., a California corporation and BRIAN THOMAS ARMSTRONG, an individual, do hereby make their initial disclosures in the above-captioned case pursuant to Rule 26 of the Federal Rules of Civil Procedure, as follows:

**I. WITNESSES**

Pursuant to Rule 26(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Local Rules of the Central District, the Plaintiffs hereby submit their list of prospective witnesses for trial in this action. This list does not include witnesses who may be called for impeachment or rebuttal

1  purposes.

2      The following witnesses are presently known to have knowledge of facts supporting the
3  material allegations of the Plaintiffs' complaint and/or the answer filed by Defendants,
4  Streamline Integration ("STREAMLINE") and Brian Thomas Armstrong (collectively,
5  "Defendants"):

| Witness | Subject of Testimony |
|---|---|
| Mr. Brian Armstrong<br>Principal of Streamline<br>4514 Runway Drive<br>Lancaster, CA 93536 | Payments made by Defendant to Plaintiff pursuant to the Settlement Agreement and with regard to any affirmative defenses raised by Defendants in their Answer to the Complaint on file herein. |
| Carrie Miller | Same as above. |
| Vincent Castro<br>4638 Grandview Dr.<br>Palmdale, CA 93551<br>(818) 813-3245 | Same as above. |

21      Defendants have not yet completed their investigation or discovery in this action and it is
22  possible that there will be additional witnesses who may have personal knowledge of facts
23  relevant to this action.  Defendants will provide the names and addresses of these additional
24  witnesses as soon as they are known.

25  **II. DOCUMENTS**

26  Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants hereby
27  identify the following documents, data compilations and tangible things which are presently
28  known to the Defendants and are contemplated to be used in support of the material allegations

of Defendants' Answer on file herein:

1. Certified Union Payroll Reports.
2. Employee Time Submission Reports.
3. Fee and cost statements from Dougherty Law Firm, APC(redacted).

Defendants have not yet completed their investigation or discovery in this action and it is possible that there will be additional documents that may be relevant to this action. Defendant's counsel will notify Plaintiff's counsel of any additional documents as soon as they are discovered.

### III. DAMAGES

Please refer to Plaintiffs Disclosure Statement.

### IV. INSURANCE

Pursuant to Rule 26(a)(1)(A)(iv), the Defendants are not aware of any insurance agreement under which the person or entity carrying insurance may be liable for the claims in this action.

DATED: May 11, 2022

DOUGHERTY LAW FIRM, APC

By: *Gerard Dougherty*
GERARD M. DOUGHERTY, ESQ.
Attorney for Defendants

DEFENDANTS' INITIAL DISCLOSURES

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF VENTURA )

    I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2660 Townsgate Road, Suite 400, Westlake Village, CA 91361-5017.

    On May 16, 2022, I served the foregoing documents described as:

**DEFENDANTS' INITIAL DISCLOSURES [Fed. R. Civ. Pro. 26(a)]**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Marsha M. Hamasaki, Esq.
REICH ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010-2421
Tel: (213) 386-3860
 Fax: (626) 449-1958 Fax: (213) 386-5583
E-mail: *marshah@rac-law.com*
*Attorney for Plaintiff*

[X]    BY MAIL. I caused such envelope to be deposited in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY FACSIMILE. I served the aforementioned document on the parties by facsimile transmission pursuant to Rule 2009 of the California Rules of Court. The telephone number of the sending machine was (805) 497-0084, and the telephone number(s) of the receiving facsimile machine(s) are listed on the attached service list.

    Executed March 16, 2022, at Westlake Village, California.

[ ]    STATE. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]    FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Centhia S. Gutierrez*
Centhia S. Gutierrez