JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STREAMLINE INTEGRATION, a California corporation; BRIAN THOMAS ARMSTRONG, an individual,<br><br>Defendants. | Case No. 2:21-cv-09531-SB-JPR<br><br>**(1) ORDER GRANTING JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS;**<br><br>**AND**<br><br>**(2) FINAL JUDGMENT** |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff and Defendants, the Stipulation is approved and the Court Orders as follows:

Judgment is entered in in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, (CLTF) the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry

Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California And Southern California Partnership For Jobs Trust Fund (collectively, TRUST FUNDS), and against Defendants, STREAMLINE INTEGRATION, a California corporation (EMPLOYER) and BRIAN THOMAS ARMSTRONG, an individual, (ARMSTRONG) in the principal sum of $59,518.36 and $5,000.00 in attorney's fees for amounts owed by EMPLOYER and ARMSTRONG, individually, jointly and severally covering the period from June 2020 through May 2022 only (JUDGMENT).

IT IS FURTHER ORDERED that the money JUDGMENT to be entered in this action is for known delinquencies incurred for the period from June 2020 through May 2022; however, the TRUST FUNDS, EMPLOYER and ARMSTRONG have stipulated that since audit of EMPLOYER's records during this time period was not fully determined due to records that could not be located by EMPLOYER, EMPLOYER, ARMSTRONG and TRUST FUNDS agree that if any additional amounts are discovered to be owed by EMPLOYER and ARMSTRONG during this time period, the money JUDGMENT in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of CLTF or the TRUST FUNDS to determine and seek collection of any amount due, or that comes due by EMPLOYER and/or ARMSTRONG in his individual capacity to any one or more of the TRUST FUNDS during the period from June 2020 to May 2022.

This is a final judgment, and as such, Plaintiff's request to vacate the schedule in the case management order, Dkt. No. 41, is moot, and this case is closed.

Dated: October 14, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge